```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/7/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY JAMES *Individually and On Behalf of All Others Similarly Situated* and PHILIP SOTO *Individually and On Behalf of All Other Persons Similarly Situated*,

       Plaintiffs,

     v.

NATIONAL METERING SERVICES, INC. JOSEPH CASTROVINCI, WILLIAM CASTLE and JOHN DOES #1-10,

       Defendants.

No. 15-CV-9515 (RA)

ORDER OF REFERENCE

RONNIE ABRAMS, United States District Judge:

  This matter is referred to Magistrate Judge Francis for the following purpose:

| | | | |
|---|---|---|---|
| **X** | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| | Specific Non-Dispositive Motion/Dispute: | | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction): |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | | Habeas Corpus |
| | Settlement | | Social Security |
| | Inquest After Default/Damages Hearing | | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

SO ORDERED.

Dated: December 7, 2015
    New York, New York

                Ronnie Abrams
                United States District Judge